

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **PETER L GERMANAKOS**<br>*Special Assistant Corporation Counsel*<br>*(212) 356-2456* |

December 13, 2021

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

                Re: *L.L. et al. v. N.Y.C. Dep't of Educ*., 21-cv-9240 (JPC)(JLC)

Dear Judge Cronan:

        I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Georgia M. Pestana, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), as well as for this action.

        I write—on behalf of all parties—to respectfully request a stay of the Court ordered mediation (ECF No. 8). Counsel for Plaintiff consents to our request. This is the first request for a stay of the mediation assignment. The requested stay will allow Defendant to complete its internal review process and prepare a full offer of settlement. There can be no successful mediation and settlement of this case until the City completes its internal review process, which requires reviewing of the relevant billing records together with the administrative record.

        In this IDEA-fees-only action liability is not at issue, but merely the reasonableness of the fee demand (on December 8, 2021, Plaintiff provided relevant billing records in the amount of $154,415.00). We note further that this action was commenced only one month ago and these IDEA fees-only cases typically require at least 60 days to resolve once the billing records are received, and based on the atypical high-dollar amount, this case will likely take upwards of 90 days to resolve.

        As with many similar fees-only cases handled by this office, we are hopeful that the parties will settle this matter without the need for any Court intervention or formal mediation. Indeed, we hope to resolve this action fully before Defendant's answer is due, i.e., by March 7, 2022.

Accordingly, the parties respectfully request a stay of the mediation.

Thank you for considering this request.

                                                    Respectfully submitted,
                                                          /s/
                                                  Peter L. Germanakos
                                                Special Assistant Corporation Counsel

cc: Lauren A. Baum, Esq. (via ECF)

The parties' request is granted. The Court ordered mediation shall be stayed until March 9, 2022. As previously ordered by the Court on November 30, 2021, the parties shall submit a joint status letter by March 9, 2022. Dkt. 7.

SO ORDERED.

Date:  December 13, 2021
          New York, New York

                                                  JOHN P. CRONAN
                                               United States District Judge