```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
L.L. et al.,                                                           :
                                                                       :
                              Plaintiffs,                              :
                                                                       :         21 Civ. 9240 (JPC)
            -v-                                                        :
                                                                       :              ORDER
NEW YORK CITY DEPARTMENT                                               :
OF EDUCATION,                                                          :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 5, 2022, the Court granted Defendant's unopposed request for extension of time to respond to the Complaint until June 6, 2022. Dkt. 7. The June 6, 2022 deadline has passed and the docket does not reflect any response filed by Defendant. Accordingly, it is hereby ORDERED that, by June 9, 2022, Defendant shall respond to the Complaint or advise the Court as to whether it requests an extension of time to respond to the Complaint. The parties are further reminded that, in accordance with the Court's May 5 Order, the parties shall file a joint status letter by June 8, 2022. If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF filing event.

    SO ORDERED.

Dated: June 7, 2022
       New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge